UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

RICHARD P. COOK, Plan Trustee for Yahweh Center, Inc.
    Appellant

vs.

UNITED STATES OF AMERICA,
    Appellee.

**JUDGMENT IN A CIVIL CASE**
**CASE NO. 7:19-CV-77-M**

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Bankruptcy Court's order and judgment are AFFIRMED.

This Judgment filed and entered on May 20, 2020, and copies to:
Anne J. Randall (via CM/ECF electronic notification)
Richard Preston Cook (via CM/ECF electronic notification)
Erin F. Darden (via CM/ECF electronic notification)
Ward Benson (via CM/ECF electronic notification)

May 20, 2020

Peter A. Moore, Jr.
Clerk of Court

By: *Susan K. Edwards*
Deputy Clerk